UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and JOSEPH OLIVIERI, as TRUSTEES,

05 CV 0242 (WHP)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

L P WALL SYSTEMS, INC. D/B/A LORRAINE INTERIORS,
Defendant.
---------------------------------------------------------------X

This action having been commenced on January 11, 2005 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant L P Wall Systems, Inc. d/b/a Lorraine Interiors on February 2, 2005 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on February 7, 2005 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on March 24, 2005, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $117,847.99 plus interest of ~~ten percent (10%)~~ nine percent (9%) per annum from the date of said award, October 29, 2004, through the date of entry of this judgment, totaling $6,392.85, in addition to attorneys' fees and costs in the amount of $1,134.50 for a total of $125,375.34

Dated: June 6, 2005
New York, New York

Honorable William H. Pauley III
United States District Judge

This document was entered on the docket on _____.

2